Certificate Number: 05781-PR-DE-041184407

Bankruptcy Case Number: 21-01496



05781-PR-DE-041184407

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 8, 2026, at 6:30 o'clock PM PDT, Robert Rodriguez Ortiz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date:   July 8, 2026                 By:     /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title:   President